PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
CR-19-00248-027-D

**DOCKET NUMBER** *(Rec. Court)*
2:24-cr-00062-GMN-NJK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kennedy Aviles | Western District of Oklahoma | Oklahoma City |
| | NAME OF SENTENCING JUDGE | |
| | Timothy D. DeGiusti, Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM April 3, 2023 — TO April 2, 2026 |

**OFFENSE**
Drug Conspiracy, in violation of 21 U.S.C §§ 846 and 841(b)(1)(C)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Employment, prosocial ties

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Oklahoma__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __District of Nevada__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

__27 MAR 24__
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Nevada__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

__September 30, 2024__
*Effective Date*

_____
*United States District Judge*

1